1  BINGHAM MCCUTCHEN LLP
   David M. Balabanian (SBN 37368)
2  Three Embarcadero Center
   San Francisco, CA  94111-4067
3  Email:  david.balabanian@bingham.com
   Telephone:  415.393.2000
4  Facsimile:  415.393.2286

5  KELLOGG, HUBER, HANSEN, TODD, EVANS &
   FIGEL, P.L.L.C.
6  David L. Schwarz (SBN 206257)
   Sumner Square
7  1615 M Street, N.W., Suite 400
   Washington, DC  20036
8  Email: dschwarz@khhte.com
   Telephone:  202.326.7900
9  Facsimile:  202.326.7999

10 Attorneys for Defendant
   THE BANK OF NEW YORK MELLON
11 CORPORATION

12

13                    UNITED STATES DISTRICT COURT

14                    NORTHERN DISTRICT OF CALIFORNIA

15

16 | *In re* BANK OF NEW YORK MELLON CORPORATION FALSE CLAIMS ACT FOREIGN EXCHANGE LITIGATION, *Ex rel.* FX ANALYTICS, | No. 3:11-cv-05683-JCS |
|---|---|
| | STIPULATION EXTENDING TIME TO RESPOND TO SECOND AMENDED COMPLAINT |
| Plaintiff, | |
| v. | |
| THE BANK OF NEW YORK MELLON CORPORATION, and DOES 1 through 100, inclusive, | |
| Defendants. | |

A/74624080.2                                                    Case No. 3:11-cv-05683-JCS

STIPULATION EXTENDING TIME TO RESPOND TO SECOND AMENDED COMPLAINT

1      Pursuant to Civil Local Rule 6-1(a), the undersigned parties hereby stipulate and
2 agree to extend the time within which Defendant may plead, move or otherwise respond to the
3 Second Amended Complaint as follows:
4      1.    On or before December 27, 2011, the Plaintiff/Relator and the Intervenors
5 (collectively, "Plaintiffs") may:  (1) move to remand this action to state court in whole or in part,
6 (2) file a further amended complaint(s), or (3) take none of these actions.
7      2.    If Plaintiffs neither move to remand nor file a further amended complaint,
8 Defendant shall have until January 23, 2012 to plead, move or otherwise respond to the Second
9 Amended Complaint currently on file in this action.
10     3.    If Plaintiffs move to remand, Defendant shall have until January 23, 2012
11 to oppose such motion.
12     4.    If a motion to remand is made and denied, Plaintiffs may amend the
13 present complaint within 15 days of the Court's ruling denying the motion to remand.  If no
14 Plaintiff elects to amend, Defendant shall plead, move, or otherwise respond to the Second
15 Amended Complaint currently on file within 45 days of the Court's ruling denying the motion to
16 remand.
17     5.    If any Plaintiff files an amended complaint rather than seeking remand,
18 Defendant shall have 30 days from the filing and service of such amended complaint in which to
19 plead, move or otherwise respond to it.  The briefing schedule on any such motion shall be in
20 accordance with the Local Civil Rules for the Northern District of California.

Dated:  December 13, 2011          BINGHAM McCUTCHEN LLP

                                   By:  /s/ David M. Balabanian
                                        David M. Balabanian (SBN 37368)
                                        Attorneys for Defendant The Bank of
                                        New York Mellon Corporation

A/74624080.2                           2                     Case No. 3:11-cv-05683-JCS
STIPULATION EXTENDING TIME TO RESPOND TO SECOND AMENDED COMPLAINT

| | | |
|---|---|---|
| 1 | Dated:  December 13, 2011 | LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP |
| 2 | | |
| 3 | | By:  /s/ Lexi Hazam |
| | | Lexi Hazam (SBN 224457) |
| 4 | | Attorneys for Plaintiff/Relator FX Analytics |
| 5 | Dated:  December 13, 2011 | COTCHETT, PITRE & McCARTHY, LLP |
| 6 | | |
| 7 | | By:  /s/ Steven N. Williams |
| | | Steven N. Williams (SBN 175849) |
| 8 | | Attorneys for Intervenors Los Angeles County Employees Retirement Agency, San Diego County Employee Retirement Association, Los Angeles Department of Water and Power Retirement Plan, and Stanislaus County Employees Retirement Agency |

Dated: Dec. 14, 2011

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Joseph C. Spero]*