IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re BANK OF NEW YORK MELLON CORPORATION FALSE CLAIMS ACT FOREIGN EXCHANGE LITIGATION, *Ex rel.* FX ANALYTICS, LOS ANGELES COUNTY EMPLOYEE RETIREMENT ASSOCIATION, LOS ANGELES DEPARTMENT OF WATER & POWER RETIREMENT PLAN, SAN DIEGO COUNTY EMPLOYEES RETIREMENT ASSOCIATION, AND STANISLAUS COUNTY EMPLOYEE RETIREMENT ASSOCIATION,<br><br>Plaintiff/Relator,<br><br>THE BANK OF NEW YORK MELLON CORPORATION, BANK OF NEW YORK MELLON TRUST COMPANY, N.A., and DOES 1 through 100, inclusive,<br><br>Defendants.<br>_____/ | No. C 11-05683 WHA<br><br>**REQUEST FOR RESPONSE REGARDING DEFENDANTS' MOTION TO FILE UNDER SEAL CONFIDENTIAL FINANCIAL RECORDS AND AGREEMENTS** |

Defendants Bank of New York Mellon and Bank of New York Mellon Trust Company, N.A., (collectively, "BNYM") filed an administrative motion to file under seal confidential financial records and agreements pursuant to Local Rules 7-11(a) and 79-5(c). The declaration in support of the motion indicates that the motion is made pursuant to Local Rules 7-11(a) and 79-5(d). Please inform the Court by **5 P.M., TODAY, FEBRUARY 2, 2012,** if the motion is made pursuant to Local Rule 79-5(c) or (d).

The declaration also indicates that "a stipulation has not been obtained because BNYM and plaintiffs have not yet discussed the motion [and that] BNYM will confer with plaintiffs and

seek to obtain a stipulation to the filing of these documents under seal, or another resolution to the confidentiality concerns" (Dkt. No. 33-1 at 3).

Please advise the Court by **5 P.M., TODAY, FEBRUARY 2, 2012**, if a stipulation will be filed or if another resolution has been reached such that the instant motion is moot.

**IT IS SO ORDERED.**

Dated: February 2, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE